438 A.2d 650

Commonwealth v. Davis, Appellant.

Petition for Allowance of Appeal Denied Jan. 26, 1982.

Argued June 10, 1980. John B. Lynch, Assistant Public Defender, for appellant; Vram Nedurian, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WICKERSHAM and LIPEZ, JJ.

Judgment of sentence affirmed.

PRICE, J., did not participate in the consideration or decision of this case.

438 A.2d 650

Commonwealth v. Fitch, Appellant.

Submitted April 21, 1981. David A. Whitney, Public Defender, for appellant; James A. Meyer, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, MONTEMURO and WATKINS, JJ.

The order of the lower court is affirmed.